**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1395**

JEANNETTE KENNE,

Petitioner,

versus

MICHAEL B. MUKASEY, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.  (A96-283-778)

Submitted:  December 19, 2007          Decided:  January 7, 2008

Before NIEMEYER and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Oti W. Nwosu, THE LAW OFFICE OF OTI W. NWOSU, Arlington, Virginia, for Petitioner.  Peter D. Keisler, Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Eric W. Marsteller, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeannette Kenne, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals ("Board") denying Kenne's motion to reconsider a prior order of the Board denying a motion to reopen removal proceedings. We have reviewed the administrative record and find no abuse of discretion in the Board's order. See 8 C.F.R. § 1003.2(a) (2007) (standard of review); Jean v. Gonzales, 435 F.3d 475, 481, 482-83 (4th Cir. 2006) (same). We therefore deny the petition for review for the reasons stated by the Board. See In re: Kenne, No. A96-283-778 (B.I.A. Apr. 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED